# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SARAH J. H., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:20-cv-00304-GZS ) |
| KILOLO KIJAKAZI, | ) ) |
|     Defendant. | ) ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 11, 2021, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 19). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the commissioner's decision is hereby **AFFIRMED**.

SO ORDERED.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 27th day of October, 2021.